UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: §
§
**SHANE P. & ALEENA R. BEATY** §
Debtors §
§

CASE NO. 09-12098 G

CHAPTER SEVEN

## DEPOSIT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

-------- The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

---x--- More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor (s) listed on Exhibit "A" hereto remain unclaimed

-------- The dividends payable to the creditors listed on Exhibit "A" hereto have been returned because they were undeliverable as addressed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check in the total amount shown on said Exhibit 'A' for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: 9/21/10

Respectfully submitted

PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
(210) 222-9494
(210) 892-1610 (fax)

Helen G. Schwartz
Chapter 7 Trustee
State Bar No. 17862600

FILED
SEP 23 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# EXHIBIT "A"

PLEASE CHECK ONE:

_____ Small Dividends

__X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| FIA Card Services, NA/Bank of America<br>215 East Travis<br>San Antonio, TX 78205 | 4 | $ 3,312.35 |
| | TOTAL: | $ 3,312.35 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Deposit of Small/Unclaimed Dividends was served by first class mail or through CM/ECF to the parties listed below on this 21st day of September, 2010.

_____
Helen G. Schwartz, Trustee

**U. S. Trustee**
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701

FIA Card Services, NA/Bank of America
By American Infosource LP as its agent
P.O. Box 248809
Oklahoma City, OK 73124
**Claimant**